# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEAMORE ANTHONY TYRONE MAJORS,

    Plaintiff,

v.                          CASE NO. 3:19cv5051-MCR-EMT

WALKER CLEMMONS, et al.,

    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on January 13, 2020. ECF No. 9. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.	The Chief Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2.	Plaintiff's "Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction," ECF No. 3, is **DENIED without prejudice**.

**DONE AND ORDERED** this 13th day of February 2020.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**