# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEAMORE ANTHONY TYRONE MAJORS,

    Plaintiff,

v.                                       Case No. 3:19cv5051-MCR-MAF

WALKER CLEMMONS,
et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on the magistrate judge's Report and Recommendation dated August 20, 2020 (ECF No. 69), which recommends this case be dismissed for failure to state a claim and failure to exhaust administrative remedies pursuant to 28 U.S.C. §§ 1997(e), 1915(e)(2), and that Plaintiff's request for an injunction be denied.  The parties were given time to file objections to the Report and Recommendation.  No timely objections have been filed.

Having considered the Report and Recommendation and the record, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 69) is adopted and incorporated by reference in this order.

(2) Defendant's Motion to Dismiss for failure to state a claim and failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), ECF No. 37, is GRANTED, and the case DISMISSED.

(3) Plaintiff's request for injunctive relief is DENIED.

(4) The Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and close the file.

**DONE AND ORDERED** this 28th day of September, 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**